

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| **Date:** | January 3, 2023 | **Type of Hearing:** | Hearing/Settlement Approval |
| **Judge:** | Tilman E. Self, III | **Court Reporter:** | Tammy DiRocco |
| **Courtroom Deputy:** | Cheryl Collins | **Law Clerk:** | Ethan Hyde |

## Case Number:  5:21-CV-00106 (TES)

| | | |
|---|---|---|
| John F. Kennedy, | Counsel: | Jon Gottlieb<br>Joe Davis<br>Matthew Cathey<br>Ronald Schutz |
| v. | | |
| Any Stein, et al., | Counsel: | Daniel Snipes<br>Ben Barnes<br>Tom Cronin<br>Cater Thompson<br>James Banter<br>Maggie Martin<br>Tres Cleveland |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any question as to the contents herein.*

**COURT TIME FOR JS10/MJSTAR:   hours/13 minutes**

| | |
|---|---|
| **9:59** | The Court calls the case and hears from Mr. Banter re Receiver's position on approving settlement amounts and discuss the same with the Court.  Motion to bar any pending or future claims besides Monroe and the Receivership. |
| **10:07** | The Court hears from Mr. Cronin with Monroe Capital. |
| **10:09** | The Court confirms there are no other objections and will sign the settlement order confirming final judgment. |
| **10:11** | Mr. Banter asks if the Court will sign the fee agreement and the Court confirms it will. |
| **10:12** | Matter concluded. |